City of Bradenton, Appellant, v. B. Myers, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*John B. Singeltary,* for Appellant.
*Clyde H. Wilson,* for Appellee.